IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

MARIANNE MACKENZIE

    Plaintiff,

v.

EXEMPLA, INC., a Colorado Nonprofit Corporation,

    Defendant.

_____

**NOTICE OF REMOVAL**
_____

    Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Exempla, Inc. ("Exempla"), by and through undersigned counsel, hereby give notice of the removal of this action from the District Court for Jefferson County, State of Colorado, to the United States District Court for the District of Colorado. In support of this Notice of Removal, Exempla states as follows:

    1.    On February 26, 2008, Plaintiff Marianne MacKenzie ("Plaintiff") filed her Complaint and Jury Demand in the District Court for Jefferson County, State of Colorado, entitled *Marianne Mackenzie v. Exempla Lutheran Medical Center* (the "State Court Action"). A true and correct copy of the Complaint and Jury Demand, Summons, and Civil Cover Sheet is attached hereto as **Exhibit A**.

    2.    Exempla has not yet been served with the Summons and Complaint and Jury Demand. No other pleadings or orders have been served upon Exempla in the State Court Action.

3. The Complaint and Jury Demand in the State Court Action asserts several claims over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and may be removed pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, because Plaintiff asserts claims arising under the Constitution, laws, or treaties of the United States.

4. Specifically, Plaintiff's First Claim for Relief purports to state a claim against Exempla for a violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, Plaintiff's Second Claim for Relief purports to state a claim against Exempla for a violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, and Plaintiff's Third Claim for Relief purports to state a claim against Exempla for retaliation under federal law. Pursuant to 28 U.S.C. § 1441(b), a civil action "founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties."

5. In addition, Plaintiff's Third and Fourth Claims for Relief, which purport to assert claims against Exempla for violations of Colorado law, may be removed to this Court pursuant to 28 U.S.C. § 1441(c). Under that Section:

> Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates.

28 U.S.C. § 1441(c).

2

6. In the alternative, depending on facts to be developed as this matter proceeds, this Court may exercise jurisdiction over Plaintiff's Third and Fourth Claims for Relief pursuant to 28 U.S.C. § 1367(a), which provides as follows:

> [I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

28 U.S.C. § 1367(a).

7. Venue properly lies in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441(a) because this district embraces the place where this action is pending.

8. This notice is being filed within 30 days after Exempla received a copy of the Complaint and Jury Demand, in accordance with 28 U.S.C. § 1446(b).

9. Exempla has not filed an answer or otherwise responded in the State Court Action.

10. Simultaneously with the filing of this Notice of Removal, Exempla will provide notice to Plaintiff and will file a copy of this Notice of Removal with the clerk of the District Court for Jefferson County pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal of Civil Action is attached hereto as **Exhibit B**.

11. By filing this Notice of Removal, Exempla does not waive any available defenses.

WHEREFORE, Defendant Exempla, Inc. respectfully requests that this action, currently pending in the District Court for Jefferson County, be removed to this Court and that further proceedings in this action be conducted in this Court as provided by law.

Respectfully submitted this 10th day of March, 2008.

                        FAEGRE & BENSON LLP

                        s/ Dirk W. de Roos
                        s/ Elizabeth A. MacDonald
                        s/ Sarah E. Benjes
                        Dirk W. de Roos
                        Elizabeth A. MacDonald
                        Sarah E. Benjes
                        3200 Wells Fargo Center
                        1700 Lincoln Street
                        Denver, Colorado 80203-4532
                        Telephone:  (303)607-3500
                        Facsimile:  (303)607-3600
                        Email:    DdeRoos@faegre.com
                                    EMacDonald@faegre.com
                                    SBenjes@faegre.com

                        ATTORNEYS FOR DEFENDANT
                        EXEMPLA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2008 a true and correct copy of the foregoing Notice of Removal was placed in the United States mail, postage prepaid, correctly addressed to the following:

Andrew T. Brake, Esq.
Andrew T. Brake, P.C.
Attorneys and Counselors at Law
777 E. Girard Ave., Suite 200
Englewood, CO 80113
Phone: (303) 806-9000 ext. 117
E-mail: a.brake@att.net

 s/ Dirk W. de Roos
Dirk W. de Roos

fb.us.2673735.02