# EXHIBIT A

*MARIANNE MACKENZIE v. EXEMPLA LUTHERAN MEDICAL CENTER*

## Index of State Court Pleadings

**Document Name**

Complaint and Jury Demand

Civil Case Cover Sheet {Summons}

Civil Case Cover Sheet