| | |
|---|---|
| **District Court, Jefferson County, Colorado**<br>Address:  100 Jefferson County Parkway<br>            Golden, CO  80401<br>            (303) 271-6215<br>_____<br><br>**MARIANNE MACKENZIE,**<br>      Plaintiff<br><br>v.<br><br>**EXEMPLA, INC.,** a Colorado Nonprofit Corporation,<br><br>      Defendant.<br>_____<br>Attorneys for Defendant:<br> Dirk W. de Roos<br> Elizabeth A. MacDonald<br> Sarah E. Benjes<br> FAEGRE & BENSON LLP<br> 3200 Wells Fargo Center<br> 1700 Lincoln Street<br> Denver, Colorado  80203<br> Telephone:  (303) 607-3500<br> Facsimile:  (303) 607-3600<br> E-mail:  DdeRoos@faegre.com<br>             EMacDonald@faegre.com<br>             SBenjes@faegre.com | ▲  **COURT USE ONLY**  ▲<br>_____  _____<br><br>Case Number:  2008CV636<br><br>Div.:  7        Ctrm.: |
| **NOTICE OF REMOVAL OF CIVIL ACTION** ||

TO:    THE CLERK OF THIS COURT AND TO THE ABOVE-NAMED PLAINTIFF

       PLEASE TAKE NOTICE  that a Notice of Removal, a copy of which is attached hereto as **Exhibit A**, was filed in the United States District Court for the District of Colorado on behalf of Defendant Exempla, Inc. pursuant to 28 U.S.C. §§ 1331, 1441 & 1446, because the Plaintiff has asserted claims against the Defendants arising under the Constitution, laws, or treaties of the United States.  Pursuant to 28 U.S.C. § 1446(d), the state court action shall proceed no further.

Respectfully submitted this 10th day of March, 2008.

        FAEGRE & BENSON LLP

        /Dirk W. de Roos
        Dirk W. de Roos
        Elizabeth A. MacDonald
        Sarah E. Benjes
        3200 Wells Fargo Center
        1700 Lincoln Street
        Denver, Colorado 80203-4532
        Telephone: (303)607-3500
        Facsimile: (303)607-3600
        E-mail: DdeRoos@faegre.com
                EMacDonald@faegre.com
                SBenjes@faegre.com

        ATTORNEYS FOR DEFENDANT
        EXEMPLA, INC.

*THIS NOTICE WAS FILED WITH THE COURT THROUGH THE COURTLINK ELECTRONIC FILING PROCEDURES, UNDER C.R.C.P. 121(C), § 1-26.*

*AS REQUIRED BY THOSE RULES, THE ORIGINAL SIGNED COPY OF THIS PLEADING IS ON FILE WITH FAEGRE & BENSON LLP.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of March, 2008, a true and accurate copy of the foregoing Notice of Removal of Civil Action was served on the following by the method indicated below:

(via LexisNexis File & Serve)

Andrew T. Brake, Esq.
Andrew T. Brake, P.C.
Attorneys and Counselors at Law
777 E. Girard Ave., Suite 200
Englewood, CO 80113
Phone: (303) 806-9000 ext. 117
E-mail: a.brake@att.net

      /Brenda Trujillo
      Brenda Trujillo

fb.us.2673736.01