| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:   100 Jefferson County Parkway<br>                          Golden, CO 80401<br>Phone Number:   (303) 271-6215<br><br>**Plaintiff:**   MARIANNE MACKENZIE<br><br>v.<br><br>**Defendant:** EXEMPLA LUTHERAN MEDICAL CENTER, a Colorado corporation | <br><br><br><br><br><br><br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney:<br>Brian L. Lewis, Esq., Reg. No. 11362<br>ANDREW T. BRAKE, P.C.<br>Attorneys for Plaintiff<br>777 East Girard Avenue, Suite 200<br>Englewood, Colorado 80113-2767<br>Telephone: (303) 806-9000<br>Facsimile: (303) 806-9578<br>E-Mail:   a.brake@att.net | Case No.<br><br>Division:<br>Courtroom: |
| **CIVIL CASE COVER SHEET** | |

1.   This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case.  It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2.   Check the boxes applicable to this case.

☐   Simplified Procedure under C.R.C.P. 16.1 applies to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

☒   Simplified Procedure under C.R.C.P. 16.1, does not apply to this case because (check one box below identifying why 16.1 does not apply):

      This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,           or

- 2 -

☒   This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),   or

   Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

☒   This party makes a Jury Demand at this time and pays the requisite fee.   See C.R.C.P. 38.   (Checking this box is optional.)

   Dated this 26th day of February, 2008.

                              Respectfully submitted,
                              Andrew T. Brake, P.C.

                              By: s/Andrew T. Brake
                              Andrew T. Brake, Reg. No. 12021
                              777 E. Girard Avenue, Suite 200
                              Englewood, CO 80113
                              303-806-9000
                              a.brake@att.net

Plaintiff's Address:

7085 Calahan Avenue
Lakewood, CO 80033

- 2 -