| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:   100 Jefferson County Parkway<br>                          Golden, CO 80401<br>Phone Number:   (303) 271-6215<br><br>**Plaintiff:**   MARIANNE MACKENZIE<br><br>v.<br><br>**Defendant:** EXEMPLA LUTHERAN MEDICAL CENTER, a Colorado corporation | |
| Attorney or Party Without Attorney:<br>Brian L. Lewis, Esq., Reg. No. 11362<br>ANDREW T. BRAKE, P.C.<br>Attorneys for Plaintiff<br>777 East Girard Avenue, Suite 200<br>Englewood, Colorado 80113-2767<br>Telephone: (303) 806-9000<br>Facsimile: (303) 806-9578<br>E-Mail:    a.brake@att.net | ▲ COURT USE ONLY ▲<br>Case No.<br><br>Division:<br>Courtroom: |
| **CIVIL CASE COVER SHEET** | |

THE PEOPLE OF THE STATE OF COLORADO
TO THE DEFENDANT NAMED ABOVE:

You are summoned and required to file with the Clerk of this Court an Answer or other response to the attached Complaint within twenty (20) days after this Summons is served on you in the State of Colorado, or within thirty (30) days after this Summons is served on you outside the State of Colorado.

If you fail to file your answer or other responses to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint, without any further notice to you.

The following document(s) are also served with the Summons:
        1.      Complaint and Jury Demand
        2.      Civil Case Cover Sheet

- 2 -

Dated this 26th day of February, 2008.

                                                Respectfully submitted,

Andrew T. Brake, P.C.

By: s/Andrew T. Brake
Andrew T. Brake, Reg. No. 12021
777 E. Girard Avenue, Suite 200
Englewood, CO 80113
303-806-9000
a.brake@att.net

Plaintiff's Address:

7085 Calahan Avenue
Lakewood, CO 80033

- 2 -