**Appendix B**

## SUPPLEMENTAL CIVIL COVER SHEET FOR
## NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal
   Marianne MacKenzie

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal
   Exempla, Inc.

### Section C - Pending Motions
### As of Date of Removal
Title of Motion:

1) None
2)
3)
4)

(Use reverse for additional information if necessary)

Date Motion Filed:

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:
   No

      s/Dirk W. de Roos
Signature of Attorney for Removing Party
Telephone Number:   (303) 607-3500
Date:  March 10, 2008

State Court Case No.:  Jefferson County District Court Case No. 2008 CV 636

(Rev. 4/6/06)