```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX008311
Cashier ID: sp
Transaction Date: 03/11/2008
Payer Name: FAEGRE BENSON
----------------------------------------
CIVIL FILING FEE
 For: FAEGRE BENSON
 Amount:        $350.00
----------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-00496


A fee of $45.00 will be assessed on
any returned check.
```