IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00496-WDM-KLM

MARIANNE MACKENZIE,

    Plaintiff,

v.

EXEMPLA, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to Amend Answer** [Docket No. 24; Filed October 3, 2008] (the "Motion").

    Defense counsel has notified the Court that the parties have reached a tentative settlement [Docket No. 31; Filed October 23, 2008]. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE.**

    Dated: October 27, 2008